678

ANGEL, Respondent, vs. DOLAN and another, Appellants.

For the appellants: *D. J. Regan* of Milwaukee.
For the respondent: *William Greenhouse,* attorney, and *Harry M. Silber* of counsel, both of Milwaukee.

*By the Court.*—Judgment affirmed.

RATHJE, Respondent, vs. WESEMAN and another, Appellants: MARQUARDT, Impleaded Defendant.

For the appellants: *Grady & Dakin* of Watertown.
For the respondent: *Port & Dierker* of Watertown.

*By the Court.*—Judgment affirmed.

*January 16, 1940.*

FUNK, Respondent, vs. S. S. KRESGE COMPANY, Appellant.

For the appellant: *Port & Dierker* of Watertown.
For the respondent: *George A. Hartman* of Juneau.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on January 16, 1940.